

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00459-CV

**FIBERLIGHT, LLC**,
Appellant

v.

**UNION PACIFIC RAILROAD COMPANY**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08880
Honorable Martha B. Tanner, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  April 1, 2015

DISMISSED

The parties have filed a joint motion to dismiss this interlocutory appeal, stating that they have fully compromised and settled the disputes between them. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM